**BURKHOLDER**

v.

**UNITED STATES.**

No. 673–53.

United States Court of Claims.

April 6, 1954.

Writ of Certiorari Denied

May 24, 1954.

See 74 S.Ct. 789.

Carl William Burkholder, pro se.

Leavenworth Colby, Washington, D. C., Warren E. Burger, Asst. Atty. Gen.,

J. Frank Staley, Washington, D. C., on the brief, for defendant.

Before JONES, Chief Judge, and LITTLETON, WHITAKER, and MADDEN, Judges.

## PER CURIAM.

Plaintiff sues "to recover damages for injuries sustained" to his nervous system from "direct enemy action" while employed on board the SS. *Clyde Austin Dunning* during World War II.

Defendant moves to dismiss for lack of jurisdiction.

The motion must be granted. The basis of plaintiff's suit is not stated. From the amount claimed it may be plaintiff is claiming under a war risk insurance policy. If so, the district court has exclusive jurisdiction. Levine v. United States, 80 F.Supp. 674, 112 Ct. Cl. 187, certiorari denied 336 U.S. 936, 69 S.Ct. 746, 93 L.Ed. 1095. Or it may be plaintiff is suing in tort. If so, we have no original jurisdiction.

At any rate, no facts are alleged to show jurisdiction in this court. Plaintiff's suit is accordingly dismissed.

It is so ordered.